UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MITCHELL MIZEL, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NETWORK-1 TECHNOLOGIES, INC. AND COREY M. HOROWITZ,**<br><br>**Defendants.** | Civ. No. 24-CV-5955 (JMF) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P 41(A)(1)(A)(i)

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Mitchell Mizel hereby gives notice that his above-captioned action is voluntarily dismissed with prejudice as to all Defendants, who are Network-1 Technologies, Inc and Corey M. Horowitz. No answer or motion for summary judgment has been filed in this matter, nor has any class been certified.

Dated: New York, New York
       October 7, 2024

**THE PASKOWITZ LAW FIRM P.C.**

*/s/ Laurence D. Paskowitz*
Laurence D. Paskowitz (LP7324)
The Contour
97-45 Queens Blvd., Ste. 1202
Rego Park, NY 11374
T: 212-685-0969
lpaskowitz@pasklaw.com

**KOMLOSSY LAW, P.A.**
Emily C. Komlossy (EK5908)
3440 Hollywood Blvd., Ste. 415
Hollywood, FL 33021
T: (954) 842-2021
F: (954) 416-6223
eck@komlossylaw.com

2

*Counsel for Mitchell Mizel*

The Clerk of Court is directed to close the case.

SO ORDERED.

[signature]

October 7, 2024

2